IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 64.121.13.49

**ISP:** RCN
**Physical Location:** Emmaus, PA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 06/25/2018 21:45:34 | C78692725E360537BCEBBA49789076697AB563D5 | Never Have I Ever Had A Threesome Like This |
| 06/25/2018 21:11:52 | 6328B208498C109D6EFC9A77581474694711F92B | Afternoon Rendezvous |
| 06/25/2018 21:00:39 | 8977078CAEFDC52963A023D01C13CDE4FB2C14A4 | When You Least Expect It |
| 05/31/2018 21:58:10 | 1A9D4E8C411AFD56DEA2EDF8D436529088D11C22 | Purely Perfect Pink |
| 05/31/2018 21:53:30 | BCC6142F2347A53D8491834CCD2AE9C8DF7E816A | A Walk To Remember |

**Total Statutory Claims Against Defendant: 5**

EXHIBIT A

EPA761