AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:18-cv-03923-JFL

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Eric Mushock
was received by me on *(date)*  01/15/2019

☑ I personally served the summons on the individual at *(place)*  821 Lawerence Dr, Emmaus, PA 18049
on *(date)* 01/19/2019 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 132.24  for travel and $ 70  for services, for a total of $ 202.24

I declare under penalty of perjury that this information is true.

Date: 01/19/2019

*Server's signature*

Ian Poush
*Printed name and title*

1500 S. Columbus Blvd, Philadelphia, PA 19147
*Server's address*

Additional information regarding attempted service, etc:

I personally served a copy of the complaint, summons and all documents related to on the defendant Eric Mushock. Mr. Mushock was served at his home located at 821 Lawrence Dr, Emmaus, PA 18049. Mr Mushock was served at 321pm on 01/19/2019. Mr. Mushock is a white mail, male in his 30's with a thin build and dark hair. Both he an an older male who appeared to be a relative of Mr. Mushock were at the door when service was accepted.